UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINCESS PRESTON,

          Plaintiff,

—against—

MEMORIAL SLOAN KETTERING CANCER CENTER; BROOKE LAY; ERICA LEAR; and JACQUELINE STATHIS,

          Defendants.

NOTICE OF LIMITED APPEARANCE OF *PRO BONO* COUNSEL

Civ.17-CV-7903

To the Clerk of this Court and all parties of record:

    Enter my appearance as *pro bono* counsel in this case on behalf of PRINCESS PRESTON for the limited purpose of settlement and mediation. I certify that I am admitted to practice in this Court. I have undertaken this representation at the request of the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants.

March 21st, 2019

                                                                      
Rebecca Chang
Phillips & Cohen LLP
New York State Bar No. 5493028

1 World Trade Center, Suite 8500
New York, NY 10007
Phone: (202) 805-0213
Fax: 202-833-1815
rchang@phillipsandcohen.com